478 A.2d 58

Commonwealth v. Lattany, Appellant.
Petition for Allowance of Appeal
Denied Sept. 6, 1984.

Submitted November 28, 1983. Douglas M. Johnson, Public Defender, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, MONTEMURO and MONTGOMERY, JJ.

Judgment of sentence affirmed.

MONTEMURO, J., concurred in the result.